**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID NORMANN, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>HCA AZ, LLC, an Arizona limited liability company, MPI AZ, LLC, an Arizona limited liability company, SPI AZ, LLC, an Arizona limited liability company, KB LMS, LLC, an Arizona limited liability company and KB LMS II, LLC, an Arizona limited liability company, as tenants in common, dba "Scottsdale Seville"<br><br>    Defendants. | Case No.: CV-08-01287-PHX-LOA<br><br>**ORDER**<br><br><br><br><br>(Assigned to the Honorable<br> Judge Lawrence O. Anderson) |

The parties hereto having filed a Stipulation and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants HCA AZ, LLC, an Arizona limited liability company, MPI AZ, LLC, an Arizona limited liability company, SPI AZ, LLC, an Arizona limited liability company, KB LMS, LLC, an Arizona limited liability company and KB LMS II, LLC, an Arizona limited liability company, dba "Scottsdale Seville", et al. shall have up to and including August 25, 2008 in which to file their Answer to Plaintiff's Complaint.

DATED this 13th day of August, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge

-1-